Kane Moon (SBN 249834)
E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
E-mail: afeghali@moonlawgroup.com
S. Phillip Song (SBN 326572)
E-mail: psong@moonlawgroup.com
Kailani Humeston (SBN 351988)
E-mail: khumeston@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff Dustin John Rodriguez

Nathaniel H. Jenkins, Bar No. 312067
njenkins@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828
Bo Kyung Kim, Bar No. 326429
bkim@littler.com
Cirrus B. Jahangiri, Bar No. 351052
cjahangiri@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant SPECIALTY WELDING AND TURNAROUNDS, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSTIN JOHN RODRIGUEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALTY WELDING AND TURNAROUNDS, LLC a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO. 3:25-cv-03293<br><br>[*Assigned for all Purposes to the Hon. Judge Araceli Martinez-Olguin, R. 10*]<br><br>**JOINT STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**DATE:** August 14, 2025<br>**TIME:** 10:00 A.M.<br>**DEPT.:** 10<br><br>Complaint Filed:  March 6, 2025 |

Plaintiff Dustin John Rodriguez ("Plaintiff") and Defendant Specialty Welding and Turnarounds, LLC, ("Defendant"), by and through their respective counsel of record, hereby submit the following Joint Request to Continue the Initial Case Management Conference, which establishes good cause to continue the Initial Case Management Conference as follows:

WHEREAS, Defendant filed a Notice to Federal Court of Removal of Civil Action on April 11, 2025;

WHEREAS, this action was reassigned to Judge Araceli Martinez-Olguin on April 23, 2025;

WHEREAS, an Initial Case Management Conference is currently set for August 14, 2025, at 10:00 a.m. in Courtroom 10 of the United States District Court, California Northern District;

WHEREAS, the Parties have reached an individual settlement agreement through private negotiations that will fully and finally resolve all claims in the suit;

WHEREAS, the Parties are currently in the process of finalizing the individual settlement agreement;

WHEREAS, the Parties agree that neither Defendant nor Plaintiff will be prejudiced by a continuance of the Initial Case Management Conference and counsel for the Parties submit that their request will further the interests of justice in this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their counsel of record, and the Parties jointly request the Court grant their request to continue the Initial Case Management Conference currently set for August 14, 2025 to a new date approximately forty-five (45) days later, or a date thereafter deemed appropriate by the Court.

Respectfully submitted,

DATED: August 6, 2025            **MOON LAW GROUP, PC**

By:  /s/ S. Phillip Song
Kane Moon
Allen Feghali
S. Phillip Song
Kailani Humeston

Attorneys for Plaintiff Dustin John Rodriguez

DATED: August 6, 2025                    **LITTLER MENDELSON, P.C.**


By:   */s/ Nathaniel H. Jenkins*
      Nathaniel H. Jenkins

      Attorneys for Defendant
      Specialty Welding and Turnarounds, LLC

**[PROPOSED] ORDER**

On August ___, 2025, the Parties submitted to the Court an executed Joint Stipulation to Continue the Initial Case Management Conference. Upon review and consideration of the Parties' Joint Stipulation, and good cause appearing, it is hereby ordered:

1. The Initial Status Conference currently scheduled for August 14, 2025, at 10:00 a.m. in Courtroom 10 shall be continued to _____ at _____.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                          The Honorable Araceli Martinez-Olguin