1  Kane Moon (SBN 249834)
   E-mail: kmoon@moonlawgroup.com
2  Allen Feghali (SBN 301080)
   E-mail: afeghali@moonlawgroup.com
3  S. Phillip Song (SBN 326572)
   E-mail: psong@moonlawgroup.com
4  Kailani Humeston (SBN 351988)
   E-mail: khumeston@moonlawgroup.com
5  **MOON LAW GROUP, PC**
   725 S. Figueroa Street, Suite 3100
6  Los Angeles, California 90017
   Telephone: (213) 232-3128
7  Facsimile: (213) 232-3125

8  Attorneys for Plaintiff Dustin John Rodriguez

9  Nathaniel H. Jenkins, Bar No. 312067
   njenkins@littler.com
10 LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
11 Sacramento, California 95814
   Telephone: 916.830.7200
12 Facsimile: 916.561.0828
13 Bo Kyung Kim, Bar No. 326429
   bkim@littler.com
14 Cirrus B. Jahangiri, Bar No. 351052
   cjahangiri@littler.com
15 LITTLER MENDELSON, P.C.
   101 Second Street, Suite 1000
16 San Francisco, California 94105
17 Telephone: 415.433.1940
   Facsimile: 415.399.8490
18

19 Attorneys for Defendant SPECIALTY WELDING AND TURNAROUNDS, LLC

20 **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**
21

| | |
|---|---|
| 22  DUSTIN JOHN RODRIGUEZ, individually, and on behalf of all others similarly situated, | CASE NO. 3:25-cv-03293 |
| 23       Plaintiff, | [*Assigned for all Purposes to the Hon. Judge Araceli Martinez-Olguin, R. 10*] |
| 24       vs. | **JOINT MOTION FOR VIRTUAL APPEARANCE; [PROPOSED] ORDER** |
| 25  SPECIALTY WELDING AND TURNAROUNDS, LLC a limited liability company; and DOES 1 through 10, inclusive, | **DATE:** August 14, 2025 |
| 27       Defendants | **TIME:** 10:00 A.M. **DEPT.:** 10 |
| 28  | Complaint Filed: March 6, 2025 |

1  Plaintiff Dustin John Rodriguez ("Plaintiff") and Defendant Specialty Welding and Turnarounds, LLC, ("Defendant"), (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Motion for Virtual Appearance in accordance with the Standing Order for Civil Cases Before District Judge Araceli Martínez-Olguín, which establishes a compelling showing of good cause for both parties to appear virtually via Zoom at the Initial Case Management Conference currently set for August 14, 2025, at 10:00 a.m. in Courtroom 10 of the United States District Court, California Northern District.

Good cause exists because the Parties have jointly requested that the Court grant their request to continue the Initial Case Management Conference currently set for August 14, 2025, to a new date approximately forty-five (45) days later, or a date thereafter deemed appropriate by the Court. Additionally, Plaintiff's counsel is based in Los Angeles, California, and appearing in person would require significant travel and expense for a non-evidentiary Initial Case Management Conference. Remote appearances by the Parties would not prejudice any party, and the Parties are fully prepared to participate by Zoom videoconference. Should the Court prefer an in-person appearance, Counsel will make arrangements to appear as directed.

NOW THEREFORE, IT IS SO STIPULATED, the Parties, through their counsel of record, jointly request that the Court grant their request to appear virtually at the Initial Case Management Conference currently set for August 14, 2025.

Respectfully submitted,

DATED: August 6, 2025  **MOON LAW GROUP, PC**

By: /s/ S. Phillip Song
Kane Moon
Allen Feghali
S. Phillip Song
Kailani Humeston

Attorneys for Plaintiff Dustin John Rodriguez

DATED: August 6, 2025　　　　　　　　**LITTLER MENDELSON, P.C.**

　　　　　　　　　　　　　　　　　　By:　*/s/ Nathaniel H. Jenkins*
　　　　　　　　　　　　　　　　　　　　Nathaniel H. Jenkins

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Specialty Welding and Turnarounds, LLC

**[PROPOSED] ORDER**

On August ___, 2025, the Parties submitted to the Court an executed Joint Motion for Virtual Appearance. Upon review and consideration of the Parties' Joint Motion for Virtual Appearance, and good cause appearing, pursuant to stipulation, it is hereby ordered:

1. Counsel may appear virtually via Zoom at the Initial Case Management Conference currently set for August 14, 2025.

2. Each party is ordered to email the Courtroom Deputy with a list of counsel who will be taking the lead speaking role on behalf of a party, along with any other counsel who will be appearing for that party, at least two (2) court days in advance of the Initial Case Management Conference.

**IT IS SO ORDERED.**

DATED: _____              _____
                                    The Honorable Araceli Martinez-Olguin