Kane Moon (SBN 249834)
E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
E-mail: afeghali@moonlawgroup.com
S. Phillip Song (SBN 326572)
E-mail: psong@moonlawgroup.com
Kailani Humeston (SBN 351988)
E-mail: khumeston@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff Dustin John Rodriguez

(Additional Counsel listed on following page)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN JOHN RODRIGUEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALTY WELDING AND TURNAROUNDS, LLC a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO. 3:25-cv-03293<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge:     Araceli Martinez-Olguin<br>Courtroom: 10 |

Nathaniel H. Jenkins, Bar No. 312067
njenkins@littler.com
**LITTLER MENDELSON, P.C.**
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Bo Kyung Kim, Bar No. 326429
bkim@littler.com
Cirrus B. Jahangiri, Bar No. 351052
cjahangiri@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant SPECIALTY WELDING AND TURNAROUNDS

# JOINT STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dustin John Rodriguez ("Plaintiff") and Defendant Specialty Welding and Turnarounds, LLC ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Defendant filed a Notice to Federal Court of Removal of Civil Action on April 11, 2025 (Dkt. 1);

WHEREAS, this action was reassigned to Judge Araceli Martinez-Olguin on April 23, 2025 (Dkt. 14);

WHEREAS, the Initial Case Management Conference set for August 14, 2025, at 10:00 a.m. in Courtroom 10 of the United States District Court, California Northern District, was vacated, because the parties advised the Court that they reached a provisional settlement of the case (Dkt. 19);

WHEREAS, on August 14, 2025, the Parties executed the Settlement Agreement;

WHEREAS, in accordance with the terms of the Settlement Agreement, the Parties desire that the Action be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff's claims shall be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, thereby resulting in the dismissal of this civil action. According to Rule 41(a)(1)(A)(ii), this stipulation of dismissal signed by all Parties who have appeared, by and through their respective counsel, constitutes the voluntary dismissal of the Action without need of further Court order.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: September 5, 2025 | MOON LAW GROUP, PC<br><br>By: _/s/ Kailani Humeston_<br>Kane Moon<br>Allen Feghali<br>S. Phillip Song<br>Kailani Humeston<br><br>Attorneys for Plaintiff<br>Dustin John Rodriguez |
| DATED: September 5, 2025 | LITTLER MENDELSON, P.C.<br><br>By: _/s/ Cirrus Jahangiri_<br>Nathaniel H. Jenkins<br>Cirrus Jahangiri<br><br>Attorneys for Defendant<br>Specialty Welding and Turnarounds, LLC<br><br>Counsel for Defendant Specialty Welding and Turnarounds, LLC, Cirrus Jahangiri, authorized submission of his signature on this document in writing, by e-mail dated September 5th, 2025 at 10:10am. |

**ECF ATTESTATION**

I, Kailani Humeston, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: September 5, 2025                                          By: _____
                                                                        Kailani Humeston